| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br>Gershon Nina | 2. Court or Organization<br>EDNY | 3. Date of Report<br>4-30-10 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>USDJ Senior | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>to |
| 7. Chambers or Office Address<br>225 Cadman Plaza E,<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

☒ NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

☒ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon  Nina | 4-30 -10 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | |
| 2. | 2009 | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon, Nina | 4-30-10 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☒ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USAA Master Card | Credit Card | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

ANCIAL DISCLOSURE REPORT | Name of Person Reporting: Nina Gershon | Page: 430-1

Page ) INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | Ident. of buyer (if private) |
| NONE No reportable income, asset. | | | | | | | | | |
| 1 IBM Common Stock | A | Div | J | T | | | | | |
| 2 US Govt HH Bonds | D | Int | K | T | partial redemption | 11/2 | | | |
| | | | | | | | | | |
| 5 Fidelity Magellan (IRA) | A | Div | J | T | | | | | |
| 6 Fidelity NY tax free M.M. | A | Div | J | T | | | | | |
| 7 Washington Mutual (formerly Dime) (IRA) | Cash Eq. A | Int | J | T | | | | | |
| 9 Citibank Checking Acct. | | None | J | T | | | | | |
| 10 Chase Manh. Bank CD | A | Int | J | T | | | | | |
| 11 DW/Sears Liq. Assets | A | Div | J | T | | | | | |
| 13 Chase Manh Bank | A | Int | J | T | | | | | |
| 15 Dreyfus Growth & Inc (IRA) | A | Div | | | exchanged for l.16 | 10/27 | K | A | |
| 16 Dreyfus Inter. Term Income Fund | | Div. | K | T | | | | | |
| 17 DW Dev. Growth Fund | A | Div | | | sold | 10/26 | K | A | |

NANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of |
|---|---|
| Nina Gershon | 4-30-10 |

## II. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity buyer/ (if private tr |
| — NONE (No reportable income, assets. | | – | | | | | | | |
| | | – | | | | | | | |
| 18 DW Div. Growth Fund | A | Div | | | sold | 10/26 | K | A | |
| 19 DW Global Div. Growth A | | Div | | | sold | 10/26 | K | A | |
| 20 Kaufmann Fund | C | Div | L | T | | | | | |
| 21 ▓▓▓ Deferred Comp | | None | N | T | | | | | |
| | | | | | | | | | |
| 23 N.Y. Money Trust (NTFI) | A | Div | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 31 Vanguard 500 (IRA) | B | Div | K | T | | | | | |
| | | | | | | | | | |
| 33 Cattargu s Impt BE Bond | B | InT | K | T | | | | | |
| 34 Albany Co GO-B Bond | A | InT | K | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less (See Col. B1, D4) F=$50,001-$100,000   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$ G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000  

2 Value Codes

**ᴏNCIAL DISCLOSURE REPORT**  | Name of Person Reporting | Date of 2 |
| Nina Gershon | 4-30-10 |

Page ~~8~~ 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A<br>Description of Assets<br>(including trust assets) | B<br>Income during<br>reporting period | | C<br>Gross value<br>at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| Place "(X)" after each asset exempt from prior disclosure | Amt.<br>Code 1<br>(A-H) | Type<br>(e.g.<br>div.<br>rent or<br>int.) | Value<br>Code 2<br>(J-P) | Value<br>Method<br>Code 3<br>(Q-W) | Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity<br>buyer/se<br>(if private tra |
| ] NONE  (No reportable income asset. | | | | | | | | | |
| 35 Fed. Int. Govt Fund (IRA) | A | Int | K | T | | | | | |
| 36 Dreyfus U.S. Int. Fund | A | Int | J | T | | | | | |
| 37 Vanguard GNMA Fund | B | Int | K | T | | | | | |
| 38 Dreyfus Mun. Bond Fund | B | Int | K | T | | | | | |
| 39 Vanguard ~~GNMA~~ (IRA) | B | Div | L | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 42 NYC Trans. Fin. | A | Int | | | redeem | 4/22<br>9/14 | K | A | |
| 43 Chautauqua Cty. N.Y. Bond | B | Int | K | T | | | | | |
| 44 NYS Dorm Auth | A | Int | J | T | | | | | |
| | | | | | | | | | |
| 46 NYC Mun Water Auth | A | Int | J | T | | | | | |
| 47 Haverstraw Pub Imp | A | Int | J | T | | | | | |
| 48 NYS Hsg Fin Agency | A | Int | K | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 51 NYS Env Facs Corp | B | Int | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$5 (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001-$5 Value Method

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nina Gershon | 4-30-10 |

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income.) | | | | | | | | | |
| 52 NYS GOB | A | Int | | | redeem | 3/6 | J | A | |
| 53 Cohoes NY GOB | A | Int | K | T | | | | | |
| 54 NYS Env Facs Corp | A | Int | K | T | | | | | |
| | | | | | | | | | |
| 56 Schenectady NY School | A | Int | J | T | | | | | |
| 57 NYS Env. Facs Corp | B | Int | K | T | | | | | |
| 58 FID. CAPITAL Appreciati Fund IRA | A | Div | J | T | | | | | |
| 59 FID. LARGE Cap Value Fund IRA | A | Div | J | T | | | | | |
| 60 Fid. VALUE Fund IRA | A | Div | J | T | | | | | |
| 61 Citibank CD | A | Int | K | T | | | | | |
| 62 Citibank Market Rate Acct | A | Int | L | T | | | | | |
| 63 NYS TWY AUTH | B | Int | K | T | | | | | |
| 64 Triboro B+T AUTH | B | Int | K | T | | | | | |
| 65 Suffolk Cty NY Pub. Improvement | A | Int | L | T | buy | 10/29 | K | | |
| 66 Fid. Int'l Discovery Fund IRA | A | Div | J | T | transfer from Fid. Magellan | 4-11-07 | J | A | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon, Nina | 4-30-10 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: Part VII

1) References to DW (Dean Witter) are now Morgan Stanley

2) Line 66 refers to a transfer made in 2007 inadvertently omitted from prior reports

| Name of Person Reporting | Date of Report |
|---|---|
| Gershon Nina | 4-30-10 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544